UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MOODY WOODROW TANKSLEY, | No. 2:17-cv-0566 JAM CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RIO CONSUMNES CORRECTIONAL CENTER, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On July 11, 2017 plaintiff filed Objections to the Findings and Recommendations issued on June 28, 2017. See ECF Nos. 5, 6. In light of plaintiff's Objections indicating his current address at the Sacramento County Main Jail, the court will vacate the Findings and Recommendations which proposed dismissal of the instant action based on plaintiff's failure to keep the court apprised of his current address. ECF No. 5. In addition, the court will grant plaintiff one last extension of time to file an in forma pauperis application along with a certified copy of the plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on June 28, 2017 are hereby vacated;

2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

1

support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 3, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tank0566.vacatef&r.docx