1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MOODY WOODROW TANKSLEY,                No.  2:17-cv-0566 JAM CKD P

12              Plaintiff,

13        v.                                FINDINGS & RECOMMENDATIONS

14   RIO COSUMNES CORRECTIONAL
     CENTER, et al.,
15
                Defendants.
16

17

18        On August 3, 2017, plaintiff was ordered to file a completed in forma pauperis application

19   or pay the filing fee within thirty days and was cautioned that failure to do so would result in

20   dismissal.  The thirty day period has now expired, and plaintiff has not responded to the court's

21   order.  Although it appears from the file that plaintiff's copy of court's August 3, 2017 order was

22   returned to the court by the U.S. Postal Service because plaintiff no longer resides at the address

23   of record, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court

24   apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents

25   at the record address of the party is fully effective.

26   /////

27   /////

28   /////

                                        1

1    In accordance with the above, IT IS HEREBY RECOMMENDED that this action be

2    dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

3    These findings and recommendations will be submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5    after being served with these findings and recommendations, plaintiff may file written objections

6    with the court.  The document should be captioned "Objections to Findings and

7    Recommendations."   Plaintiff is advised that failure to file objections within the specified time

8    may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

9    Cir. 1991).

10   Dated:  September 25, 2017

11                                                          _____
                                                           CAROLYN K. DELANEY
12                                                          UNITED STATES MAGISTRATE JUDGE

13

14

15   1/bh
     tank0566.dis
16

17

18

19

20

21

22

23

24

25

26

27

28

2